DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES LEVELL, III,**
Appellant,

v.

**WILLIAM D. SNYDER,** Sheriff of Martin County,
Appellee.

No. 4D17-2736

[February 14, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Barbara W. Bronis, Judge; L.T. Case No. 17-611CA.

James Levell, III, Stuart, pro se.

Brittany Brooks of Martin County Sheriff's Office, Stuart, for appellee.

PER CURIAM.

Affirmed without prejudice to Appellant filing a timely Rule 1.540 Motion for Relief from Judgment.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***